

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| C & C Road Construction, Inc./SAAB Site Contractors, L.P., | § | No. 08-17-00056-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| SAAB Site Contractors, L.P./C & C Road Construction, Inc., | § | (TC# 2014DCV2960) |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's motion to reset the November 8, 2018 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 25th day of October, 2018.

PER CURIAM

Before Rodriguez, J., Palafox, J. and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment